# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-3581

**Case Name** Imperial Sovereign Court of State of MT, et al v. Knudsen et al

**Counsel submitting this form** Michael Russell

**Represented party/parties** Austin Knudsen and Elsie Arntzen

*Briefly describe the dispute that gave rise to this lawsuit.*

This lawsuit stems from Plaintiffs' challenge to Montana House Bill 359 ("HB 359"), which sets forth definitions; places restrictions on sexually oriented businesses; identifies locations where sexually oriented performances and "drag story hours" are prohibited; and provides a private right of action to certain minors or their parents or legal guardians against a person who knowingly promotes, conducts, or participates as a performer in a performance that violates this law. Plaintiffs are a mix of individuals, businesses, and nonprofits, who seek the facial invalidation of HB 359 based on its alleged violation of the First/Fourteenth Amendments and the Fifth/Fourteenth Amendments to the U.S. Constitution

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The District Court granted Plaintiffs' Motion for Preliminary Injunction. Defendants Knudsen and Arntzen contend the granting of the Preliminary Injunction was in error.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The proceedings are continuing on the normal course of litigation while this Appeal is awaiting decision.

**Signature** /s/ Michael Russell    **Date** 11/27/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 09/01/22*

2