UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al. Plaintiffs - Appellees, v. AUSTIN KNUDSEN and ELSIE ARNTZEN, Defendants - Appellants J.P. GALLAGHER and CITY OF HELENA, Defendants. | No. 23-3581 D.C. No. 2:23-cv-00050-BMM District of Montana, Butte ORDER |

Appellants' motion (Docket Entry No. 7) for an extension of time to file the opening brief is granted.

The opening brief is due January 10, 2024. The answering brief is due February 9, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT